Law Office of Mohammed Gangat

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/23/2026

MEMO ENDORSED

**July 22, 2026**

*VIA ECF*

Hon. Nelson Stephen Roman
United States District Judge
Southern District of New York

**RE: *Portilla v. Griffins Landscaping Corp.*, Case No. 7:25-cv-08667-NSR-AEK**
**Joint Letter-Motion to Adjourn the October 21, 2026 Case Management Conference**

Dear Judge Roman:

The parties respectfully submit this joint letter-motion to request an adjournment of the case management conference currently scheduled for October 21, 2026 at 10:00 a.m. This request is made pursuant to Your Honor's Individual Rule 1.E and is consistent with Magistrate Judge Andrew E. Krause's June 22, 2026 Order (ECF No. 21), which directs the parties to request an adjournment of this conference in light of the extended discovery schedule.

The conference is presently scheduled for October 21, 2026 at 10:00 a.m., to be held before Your Honor by Webex teleconference (ECF No. 14, ¶ 19). This is the parties' first request to adjourn this conference. The parties previously sought a single extension of the discovery schedule, which Magistrate Judge Krause granted on June 22, 2026 (ECF No. 21); no prior request to adjourn this conference has been made.

The reason for the request is that, under the Court's June 22, 2026 Order, fact discovery is now to be completed by December 4, 2026. Because the October 21, 2026 conference was set as a post-discovery conference, it would, as presently scheduled, take place before the close of discovery. Magistrate Judge Krause accordingly directed the parties to request that this conference be adjourned to a date following the completion of discovery.

Defendant consents to this request, and the parties submit it jointly. Because the parties consent, and consistent with Rule 1.E, they respectfully propose the following mutually agreeable alternative dates, each of which falls on a Thursday or Friday after the December 4, 2026 discovery deadline: December 17, 2026; January 7, 2027; and January 8, 2027. The parties are, of course, available on any other date convenient for the Court.

We thank the Court for its attention to this matter.

*Respectfully submitted,*

LAW OFFICE OF MOHAMMED GANGAT

By: ***/s/ Ganlu Chen***
Ganlu Chen, Esq.
*Attorneys for Plaintiffs and the Putative Collective*

THE DEIORIO LAW GROUP, PLLC

By: ***/s/ Andrea H. Marcus***
Andrea H. Marcus, Esq.
*Attorneys for Defendant*

**The status conference scheduled for October 21, 2026 is hereby adjourned to January 7, 2027 at 2:30pm. This conference will be held before Judge Roman by Webex Teleconference. To access the teleconference, please follow these directions: (1) Dial the Meeting Number: 855-244-8681; (2) Enter the Access Code: 2310 494 3855 #; and (3) press # again to enter the teleconference. The Clerk of Court is kindly directed to terminate the motion at ECF No. 23.**

SO ORDERED:

**Date: July 23, 2026**
**White Plains New York**

HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE